UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| DILLIAN BURNHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:24-cv-00056-LEW |
| | ) | |
| ANDREW MORGAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AFFIRMING RECOMMENDED DECISION**
**<u>OF THE MAGISTRATE JUDGE</u>**

On April 3, 2024, the United States Magistrate Judge filed his Recommended Decision After Review of Plaintiff's Complaint (ECF No. 7). In his Complaint, Plaintiff Dillian Burnham seeks to recover damages resulting from an alleged unlawful search and detention as well as an alleged intentional tort by law enforcement officers in August 2023. The Magistrate Judge reviewed Plaintiff's Complaint and recommended that this Court dismiss the matter unless Plaintiff filed an Amended Complaint within 14 days. The Magistrate Judge reasoned that Plaintiff's Complaint contained conclusory allegations without any supporting facts.

More than 14 days have passed, and Plaintiff has not filed an Objection or Amended Complaint. The Magistrate Judge notified the Plaintiff that failure to file an Objection or Amended Complaint would result in a recommendation that the Court dismiss the matter and that failure to file a timely objection would constitute a waiver of the right to *de novo* review. I have reviewed the Magistrate Judge's Recommended Decision, and I agree with his conclusion that Plaintiff's Complaint must be dismissed because it merely asserts legal conclusions without supporting facts.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED and ADOPTED. Plaintiff's Complaint is dismissed.

**SO ORDERED.**

Dated this 29th day of April, 2024.

/s/ Lance E. Walker
Chief U.S. District Judge